UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERBERT S. PENROSE,<br><br>                       Plaintiff,<br>    v.<br><br>FIRST MAGNUS FINANCIAL CORPORATION, *et al.*,<br><br>                       Defendants. | Case No. 3:18-cv-00576-MMD-CBC<br><br>ORDER |

Plaintiff filed this action seeking to prevent Defendants from foreclosing on real property located at 3285 Lymbery Street, Reno NV 89509 ("Property"). (ECF No. 1-1 at 10.) However, this Court has already ruled, *inter alia*, that Plaintiff lacks standing to assert the same claims he asserts here, concerning the same Property, and against the same Defendants (*compare* ECF No. 6-31 & ECF No. 1 (3:18-cv-00276-RCJ-VPC) *with* ECF No. 1-1 at 5–40). *Penrose v. First Magnus Fin. Corp.*, 3:18-cv-00276-RCJ-VPC, 2018 WL 3550249 (D. Nev. July 24, 2018). Plaintiff cannot now seek to amend the complaint from the prior action by bringing his case anew. (*See* ECF No. 6 at 7 (Defendants stating that Plaintiff falsely states that he corrected the allegations to make clarifications and noting that the body of the allegations in the body of the complaint has not been changed); *see also* ECF No. 1–1 at 6–7.) To be clear, Plaintiff could have made changes to the complaint by seeking to amend his original complaint in the prior action.

In sum, the Court agrees with Defendants that Plaintiff is precluded from bringing this action and the included claims (*see* ECF No. 6 at 7). *See, e.g.*, *Pulley v. Preferred Risk Mut. Ins. Co.*, 897 P.2d 1101, 1102 (Nev. 1995) (citation omitted) ("[T]he doctrine of res judicata precludes parties or those in privity with them from relitigating a cause of action or an issue which has been finally determined by a court of competent jurisdiction.");

*see also Univ. of Nev. v. Tarkanian*, 897 P.2d 1180, 1192 (Nev. 1994) (noting that res judicata bars "all grounds of recovery . . . that could have been asserted" in the prior action).

It is therefore ordered that Defendants' motion to dismiss (ECF No. 6) is granted.

It is further ordered that this case is dismissed because Plaintiff is precluded from bringing this action.

The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

DATED THIS 25th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE