AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

HERBERT S. PENROSE,

            Plaintiff,

v.

FIRST MAGNUS FINANCIAL CORPORATION, et al.,

            Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:18-cv-00576-MMD-CBC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' motion to dismiss (ECF No. 6) is granted.

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed because Plaintiff is precluded from bringing this action.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered and this case is closed.

 

March 25, 2019              DEBRA K. KEMPI
Date                                          Clerk

                                                     /s/ L. Haywood
                                                     Deputy Clerk